```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
POLYN SHIPPING S.A.,

                 Plaintiff,

09 Civ. 1070(PKC)

ORDER

-against-

WON YOUNG SHIPBUILDING CO. LTD.,
                 Defendant.
------------------------------------------------------------x
P. KEVIN CASTEL, District Judge:

       A writ of maritime attachment is sought to enforce an arbitral award relating to shipbuilding contracts. It is not self-evident that a suit on a shipbuilding contract qualifies as a maritime action and, indeed, older authority suggest otherwise. The Jefferson, 61 U.S. 393(1857). That the United Kingdom may view it as within its courts admiralty jurisdiction would not appear to be dispositive.

       Plaintiff is invited to submit a letter brief by February 13.

       SO ORDERED.

                                        P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       February 6, 2009